# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMAS,<br><br>        Plaintiff,<br><br>    vs.<br><br>J. RAZO, et al.,<br><br>        Defendants. | 1:10cv02173 AWI DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(Document 44) |

      Plaintiff Robert Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action.  Plaintiff filed his complaint on November 22, 2010.

      On September 21, 2012, Defendants filed a Motion for Summary Judgment.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 12, 2013, the Magistrate Judge issued Findings and Recommendations that Defendants' Motion for Summary Judgment be denied.  The Findings and Recommendations were served on the parties and contained notice that any objections to the Findings and Recommendations were to be filed within thirty days.  Neither party has filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 12, 2013, are ADOPTED in full; and

2. Defendants' Motion for Summary Judgment (Document 39) is DENIED.

IT IS SO ORDERED.

Dated:   April 2, 2013

SENIOR  DISTRICT  JUDGE