# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMAS,<br><br>            Plaintiff,<br><br>   v.<br><br>J. RAZO, et al.,<br><br>            Defendants. | 1:10cv02173 AWI DLB PC<br><br>ORDER DIRECTING PARTIES TO NOTIFY THE COURT WHETHER A SETTLEMENT CONFERENCE BEFORE A UNITED STATES MAGISTRATE JUDGE WOULD BE BENEFICIAL<br><br>FIFTEEN DAY DEADLINE |

   Plaintiff Robert Thomas ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action is proceeding on an Eighth Amendment excessive force claim against Defendants Razo, Moreno, Brown, Vera, Vasquez and Holguin.  Trial is currently set for February 25, 2014.

   Within fifteen (15) days from the date of service of this order, Plaintiff and Defendants are each to file a written response indicating whether a Court settlement conference would be beneficial in resolving this action.  If both parties agree, the Court will issue a further scheduling order setting this matter for settlement conference before a Magistrate Judge or District Judge from the United States District Court, Eastern District of California.

IT IS SO ORDERED.

   Dated:   **October 18, 2013**              /s/ *Dennis L. Beck*
                                                                          UNITED STATES MAGISTRATE JUDGE

1