# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMAS,<br><br>      Plaintiff,<br><br>  v.<br><br>J. RAZO, et al.,<br><br>      Defendants. | 1:10cv02173 AWI DLB PC<br><br>ORDER VACATING SETTLEMENT CONFERENCE AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT ROBERT THOMAS |

Plaintiff Robert Thomas ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on an Eighth Amendment excessive force claim against Defendants Razo, Moreno, Brown, Vera, Vasquez and Holguin.

Trial is currently set for February 25, 2014.

The settlement conference scheduled for December 20, 2013, before the Honorable Michael J. Seng, is VACATED. Therefore, the Writ of Habeas Corpus ad Testificandum for Plaintiff Robert Thomas (Document 56) is VACATED.

IT IS SO ORDERED.

    Dated: __December 19, 2013__            /s/ *Dennis L. Beck*
                                                                 UNITED STATES MAGISTRATE JUDGE

1