# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT THOMAS,**<br><br>   Plaintiff,<br><br>  v.<br><br>**J. RAZO, et al.,**<br><br>   Defendants. | CASE:  1:10 -CV-2173 AWI DLB (PC)<br><br>ORDER VACATING TELEPHONIC TRIAL CONFERMATION HEARING AND TRIAL DATE BASED ON PLAINTIFF'S FAILURE TO FILE A PRETRIAL STATEMENT AND/OR RESPOND TO THE COURT'S ORDER TO SHOW CAUSE |

  Plaintiff Robert Thomas ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action has been set for trial to begin February 25, 2014, on Plaintiff's Eighth Amendment excessive force claims against Defendants Razo, Moreno, Brown, Vera, Vasquez and Holguin.  The Telephonic Trial Confirmation Hearing is currently set for January 13, 2014.   The Court previously ordered Plaintiff to file his pretrial statement and any motion for the attendance of incarcerated witnesses no later than December 16, 2013.

When Plaintiff did not file his pretrial statement or any other motion by December 16, 2013, the Court ordered Plaintiff to show cause why this action should not be dismissed for Plaintiff's failure to prosecute within ten days.  Well over ten days has passed, and Plaintiff has not responded to the Court's order to show cause.

This Court may dismiss an action, with prejudice, based on a party's failure to prosecute an action or failure to obey a court order.  Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992).  In determining whether to dismiss an action for failure to prosecute and comply with court orders, "the Court must weigh the following factors:  (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to defendants; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits."  Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002); Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

In this action, Plaintiff has failed to file either a pretrial statement or a response to the Court's order to show cause.  At this time, the Court must use any previously reserved dates to devote to those cases in which the Plaintiff is actually proceeding.

Accordingly, the Court ORDERS that:

1. The Telephonic Trial Confirmation set for January 13, 2014 is VACATED;

2

2. The February 25, 2014 trial date is VACATED; and

3. This action is referred to the Magistrate Judge to review whether this action should immediately be dismissed for Plaintiff's failure to prosecute.

IT IS SO ORDERED.

Dated:   January 13, 2014                                   /s/
                                                  SENIOR  DISTRICT  JUDGE

3