# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMAS,<br><br>            Plaintiff,<br><br>     v.<br><br>J. RAZO, et al.,<br><br>            Defendants. | 1:10cv02173 AWI DLB PC<br><br>ORDER GRANTING DEFENDANTS' REQUEST REGARDING ATTENDANCE OF WITNESSES<br><br>(Document 94-1) |

Plaintiff Robert Thomas ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  This action is proceeding on an Eighth Amendment excessive force claim against Defendants Razo, Moreno, Brown, Vera, Vasquez and Holguin.  Trial is set for February 24, 2015.

On February 17, 2015, Defendants filed objections to the Court's February 9, 2015 pre-trial order.  As part of their objections, Defendants proposed the following schedule for the attendance of witnesses:

*Day One (February 24, 2015) - All parties are present, and the

testimony of Plaintiff and Defendants Razo, Moreno, Brown, Vasquez,

Holguin and Vera will be presented.

*Day Two (February 25, 2015) - Nurse Kimble and/or Nurse Roberts,

Officer J. Cardenas, Officer C. Nelson, Officer M. Nicholson, Retired

Counselor D. Chapman and Counselor Lopez, will appear at 8:30

1

a.m., to testify in the morning (and throughout the day), and expert Robert Borg will appear at 1:00 p.m., to testify in the afternoon if needed.

*Day Three (February 26, 2015) - Any witnesses remaining from Day Two will testify.

Defendants' request is GRANTED.  Defendants shall ensure that their witnesses are available pursuant to the above schedule.

IT IS SO ORDERED.

Dated:   February 19, 2015                          _____
                                                    SENIOR  DISTRICT  JUDGE