UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMAS., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>J. Razo, et al., <br><br>　　　　　Defendants. | Case No.: 1:10-cv-02173-AWI-DLB <br><br> **ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON FEBRUARY 25, 2015, AT 8:30 A.M.** |

　　　　Plaintiff Robert Thomas #D-26109, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Tuesday, February 25, 2015, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated:   February 24, 2015　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1