UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMAS., <br><br> Plaintiff, <br><br> v. <br><br> J. Razo, et al., <br><br> Defendants. | Case No.: 1:10-cv-02173-AWI-DLB <br><br> **ORDER NO LONGER REQUIRED FOR TRIAL** |

Jury Trial as to Robert Thomas #D-26109, has concluded and he can be returned to his permanent housing unit.

IT IS SO ORDERED.

Dated:   February 26, 2015                              _____

SENIOR DISTRICT JUDGE

1