*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

```
ROBERT THOMAS,

          Plaintiff,
                                      JUDGMENT IN A CIVIL ACTION
vs.
                                      1:10-cv-02173-AWI-DLB

J. RAZO, et al.,

          Defendants.
_____/
```

Judgment is entered in this action in favor of Defendants J. Razo, A. Moreno, Counselor D. Brown, I. Vera, S. Vasquez, and A. Holguin and against Plaintiff Robert Thomas on all plaintiff's claims, according to the verdicts of trial jury returned in open Court February 26, 2015.


DATED: February 27, 2015                      MARIANNE MATHERLY, Clerk


                                              /s/ RENEE GAUMNITZ
                                         By:  Renee Gaumnitz,
                                              Deputy Clerk